FRIEDMAN *v.* UNITED STATES ET AL.

No. 675.   Decided March 30, 1959.

*Irving D. Friedman* and *Sol Friedman* for appellant.

*Solicitor General Rankin* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, appellees.   *Joseph H. Wright* and *Erle J. Zoll, Jr.* for railroad appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.